UNITED STATES DISTRICT COURT

CHOSEN ONE JA'MIMA'NI
vs
COMMONWEALTH OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2004 JUN 23  A 11:02
U.S. DISTRICT COURT
DISTRICT OF MASS

MOTION FOR APPOINTMENT
OF COUNSEL

NOW COMES THE PLAINTIFF CHOSEN ONE JA'MIMA'NI PRAYING THE COURT GRANT HIS REQUEST TO APPOINT COUNSEL TO ASSIST HIM IN THIS COURT TITLED MATTER NOW BEFORE THE COURT.

THE PLAINTIFF STATES HE IS INDIGENT WITHOUT MONEYS AND STATES ALL IS TRUE SIGNED UNDER THE PAINS AND PENALTYS OF PERJURY THIS SIXTH MONTH, 22nd DAY OF THE 4TH YEAR IN OUR ALMIGHTY LORD GOD ALMIGHTY (THE MOST GLORIOUS ONE REVEAIATH

Humbly Submitted
CHOSEN ONE JA'MIMA'NI.