UNITED STATES DISTRICT COURT

CHOSEN ONE JA'MI'MA'NI
VS
COMMONWEALTH OF MASSACHUSETTS

NOW COMES THE PLAINTIFF CHOSEN ONE JA'MI'MA'NI. THE COMMONWEALTH has abridged his UNITED STATES CONSTITUTIONAL RIGHTS IN PLAIN VIEW TREATING him PURSUANT TO NEGRO JAMES 1737 ACTS TO BURY NEGRO'S AND STRANGERS, SEE MASS BAY COLONIES ACTS AND RESOLVES.

THE PLAINTIFF STATES THAT SIX YEARS WAS TAKEN FROM HIS LIFE IN WHICH HE HAS undergone cruel AND unusual Punishment AND dehumanization being denied his Liberty AND human dignity by the COMMONWEALTH ARRESTING, detaining AND committing him TO STATE INSTITUTIONS because OF his religious beliefs, principles AND convictions.

THE PLAINTIFF CHOSEN ONE JA'MI'MA'NI NOW SEEKS monetary COMPENSATION OF 89 million dollars IN PUNITIVE DAMAGES AND AWARDS.

THE PLAINTIFF further seeks waiver of all legal fees against him AND STATES he is indigent without moneys AND SIGNS under the pains AND penaltys of perjury that all the above is true. This 6th MONTH, 22nd day, 4th YEAR OF OUR ALMIGHTY LORD GOD ALMIGHTY, THE GLORIOUS ONE IN THESE REVELATIONS.

Humbly submitted CHOSEN ONE JA'MI'MA'NI
CHOSEN ONE JA'MI'MA'NI