CHOSEN ONE JA'MI MA'NI

99 EAST CONCORD STREET

BOSTON MASS 02108

CA 04-11440 GAO

I'm no longer at 444 Harrison Ave. The above adress is where you shall reach me. Thank you. I attest all the above is true this 8th day of September 2004. Under the pains and penaltys of perjury.

CHOSEN ONE JA'MI MA'NI