```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

CHOSEN ONE JA'MIMA'NI           )
         Plaintiff              )
                                )
     v.                         )      C.A. No. 04-11440-GAO
                                )
COMMONWEALTH OF MASSACHUSETTS,  )
         Defendant.             )
```

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is plaintiff's Motion for Appointment of Counsel. Accordingly, it is hereby

ORDERED that plaintiff's motion for appointment of counsel is DENIED.

SO ORDERED.

Dated at Boston, Massachusetts, this 29th day of September, 2004.

                                                  s/ George A. O'Toole, Jr.
                                                GEORGE A. O'TOOLE, JR.
                                                UNITED STATES DISTRICT JUDGE