# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CHOSEN ONE JA'MIMA'NI
        Plaintiff(s)

v.    CIVIL ACTION NO. 04-11440-GAO

COMMONWEALTH OF MASSACHUSETTS
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**G**  **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by the Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Memorandum, dated 9/29/04, ( doc # 7) Plaintiff's complaint is subject to dismissal for failure to state a claim upon which relief may be granted and will be dismissed pursuant to 28 USC sec. 1915(e) without further notice after ( 35 ) days from the date of the accompanying Order, unless before that time plaintiff shows good cause, in writing, why his complaint should not be dismissed for the reasons stated within this memorandum. As the court has received no communication from plaintiff, this action is dis missed.

TONY ANASTAS,
CLERK OF COURT

Dated: 11/22/04     By  Paul S. Lyness
                                                Deputy Clerk

(Judgment civil  CA 04-11440.wpd - 11/98)
     [jgm.]