UNINTED STATES DISTRICT COURT  04-11440
1 COURTHOUSE WAY, SUITE 2300
OFFICE OF THE CLERK

(2/3/12)
DATE

CHOSEN ONE Jamimani
VS
Commonwealth of Mass

Gentle people

please place this motion on the court callendar to be heard ASAP with Plaintiffs (sent 1/27/12 by mail original complaint) Affidavit/motion to ammend complaint. Thank you very much

Sincerely
Chosen One Jamimani

Please excuss any errors and form. I am indigent and without moneys or supplys to do better.

04.

FILED
IN CLERKS OFFICE
2012 FEB -7 A 11:53
U.S. DISTRICT COURT
DISTRICT OF MASS.

⑤

Chosen One Ja'Mima'ni
vs
Commonwealth of Massachusetts

Affidavit/Motion to ammend orriginal complaint.

Now comes the petitioner (plaintiff) Chosen One Ja'Mima'ni - 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 showing cause for the court to hear his addittional complaint with his orriginal complaint for 39 Trillion Jury award. further stating the commonwealth has defamed his character with (Defamation Of Character) by saying he suffers with mental illness and in doing so testing the (faith Of His Religion of the Ictitle Metitle Throne) thereby using him as a human guinea pig in mental, physical, spiritual, emotional medical experiments of (sociaLoLogy, Engineering) Thereby Afflicting him with extreme pain and suffering.

I Chosen One Ja'Mima'ni social security number 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 ATTEST ALL THE ABOVE IS TRUE, CORRECT, AND SIGN THIS 3RD DAY OF FEBRUARY 2012 (TWO THOUSAND Twelve) THE 12TH GODDESSY. UNDER THE PAINS AND PENALTYS OF PERJURY.

Respectfully
Chosen One Ja'Mima'ni 2/3/12

39 TRillion Jury award To be paid during aggreed generations that estimate the award to be paid in full so that the air, water, earth, energy returns as it was in the very beginning

(Ankuly)

FILED IN CLERKS OFFICE
2012 FEB -7  A 11:83
U.S. DISTRICT COURT
DISTRICT OF MASS